**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •

FRANK CAMPBELL JR. *
JOSEPH M. CODEGA o•
FREDERICK E. DASHIELL*
LUCY ELANDJIAN *
BRADLEY F. GANDRUP JR. *•
ANNE-MARIE H. GERBER +

ROBERT P. LA HAIT
ADERONKE O. LIPEDE
AMY CASHORE MARIANI *
SUSAN M. MORRISON
MARK A. NEWCITY ∆
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
JEFFREY F. RICHARDSON▼•
KIMBERLY K. STOLL
ELLEN R. TANOWITZ •*
DAVID JON VOLKIN

**RHODE ISLAND OFFICE**

571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

**CONNECTICUT OFFICE**

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

* OF COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK

† ALSO ADMITTED IN NEW HAMPSHIRE
o ONLY ADMITTED IN RHODE ISLAND
▼ ALSO ADMITTED IN RHODE ISLAND

October 8, 2004

Clerk for Civil Business
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   United States Liability Insurance Co., Inc. v. Advantius, Inc, et al.
      U.S.D.C. for the District of Massachusetts; C.A. No. 04-11824 PBS

Dear Sir or Madam:

We recently served a Summons and Complaint upon the Defendants in this matter, C.A. Number 04-11824 PBS. We were contacted by one of the Defendants, who informed us that several pages were missing from the Complaint. We then contacted the Sheriff's Department that served the Summons, who confirmed that all the Defendants had been served with incomplete copies of the Complaint. As a result, we must re-serve the Summons and Complaint.

I would like to request six additional Summons to be re-served upon each of the Defendants. Thank you for your attention to this matter. Please do not hesitate to contact me with any questions, concerns, or further instructions.

Sincerely,

Susan C. Fabrizio