AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

UNITED STATES LIABILITY INSURANCE CO.,
AS INSURER OF ADMINASERVICE, INC.

V.

ADVANTIUS, INC., NEAL BERGSTROM,
ROBERT STEVENS, CHARLES CAMBRA, III,
JONATHAN K. DRIGGS, AND
WORKFORCE SOLUTIONS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11824 PBS

TO: (Name and address of Defendant)

Jonathan K. Driggs
1042 E. 490 N
Pleasant Grove, UT 84062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ellen Rappaport Tanowitz
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

AUG 20 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/05/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bruce Harris | Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
   1042 E. 490 N. Pleasant Grove, UT 84062

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $18.00 | $20.00 | $0.00  $38.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/7/04
             Date

X  Bruce Harris
   Signature of Server

   151 So. University Ave., Suite 3110
   Address of Server
   Provo, UT 84603

Subscribed and sworn to before me this 7 day of Oct by Bruce Harris
Pam Young
Notary Public

PAM YOUNG
NOTARY PUBLIC • STATE of UTAH
151 S. UNIVERSITY STE 105
PROVO, UTAH 84601
COMM. EXPIRES 1-29-2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF UTAH / COUNTY OF UTAH } S.S. SHERIFF'S OFFICE

DOCKET NUMBER: CV-04-3421

SERVED:    DRIGGS, JONATHAN K.                               DEFENDANT

DATE RECEIVED: 10/04/2004         DATE SERVED: 10/05/2004

PROCESS: SUMMONS AND COMPLAINT

TYPE OF SERVICE: PERSONAL

LEFT AT RESIDENCE WITH:  DRIGGS, JONATHAN K.
HIS/HER RELATIONSHIP IS:  SELF
AND THIS IS HIS/HER PLACE OF ABODE AND IS OF SUITABLE AGE AND DISCRETION.

SERVICE ADDRESS: 1042 E 490 NORTH
           CITY: PLEASANT GROVE        STATE: UT

I FURTHER CERTIFY THAT AT THE TIME OF SERVICE, ON COPY SERVED,
I ENDORSED THE DATE, SIGNED MY NAME AND OFFICIAL TITLE THERETO.

```
        SHERIFF'S FEES
        1. SRV CHRGE              15.00
        2. MILEAGE                18.00  MULT SERVICE ATTEMPTS
        3. NOTARY                  5.00

           TOTAL                  38.00
```

JAMES O. TRACY, SHERIFF OF UTAH COUNTY,    STATE OF UTAH

I CERTIFY THAT THE FORGOING IS TRUE AND CORRECT
AND THAT THIS CERTIFICATE IS EXECUTED ON

DATE 10/06/2004 BY _____/s/ Bruce Harris_____
                    (DEPUTY SHERIFF) BRUCE HARRIS

[Notary stamp: PAM YOUNG, NOTARY PUBLIC · STATE of UTAH, 51 S. UNIVERSITY STE 105, PROVO, UTAH 84601, COMM. EXPIRES 1-29-2008]

Subscribed and sworn to before
on this 7 day of Oct
by Bruce Harris
   /s/ Pam Young
Notary Public