Neal Bergstrom (pro se)
227 E. 7845 S.
Sandy, Utah 84070
Telephone: (801) 712-8659



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHON K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.<br><br>Defendants. | **MOTION TO DISMISS**<br><br><br>Case No. 04 11824 PBS |

Neal Bergstrom, acting pro se, respectfully moves this Court for an order dismissing the claims alleged against him in the above-referenced matter. The grounds for this Motion are as follows:

This Court does not have personal jurisdiction over Bergstrom and the claims alleged against him should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(2). Bergstrom is a resident of the State of Utah and has been his entire life. Bergstrom has never been in the state of Massachusetts at any time, has never owned any property or assets located in the state of Massachusetts and never transacted any business in his own name in the State of Massachusetts.

The claims alleged against Bergstrom as an individual should further be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs do not allege specific facts that in any way apprise Bergstrom of the acts he personally did that form the basis of the allegations in the Complaint. There is no allegation that Bergstrom personally made any misrepresentations or wrongly converted funds to his own use.

This Motion is supported by a Memorandum in Support and by the Declaration of Neal Bergstrom filed concurrently herewith.

DATED this __3__ day of November, 2004.

_____
Neal Bergstrom

## CERTIFICATE OF SERVICE

I hereby certify that on this 3 day of November, 2004, a true and correct copy of the foregoing was mailed first class, postage prepaid, to the following:

Ellen Rappaport Tanowitz
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110