# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES LIABILITY
INSURANCE CO., INC., AS INSURER OF
ADMINASERVICE, INC.,

Civil No. 0411824 PBS

Plaintiff,

v.

ADVANTIUS, INC., NEAL BERGSTROM,
ROBERT STEVENS, CHARLES CAMBRA
III, JONATHAN K. DRIGGS, AND
WORKFORCE SOLUTIONS, INC.,

Defendants.

## AFFIDAVIT OF ERIK A. OLSON

STATE OF UTAH            )
                         : ss.
COUNTY OF SALT LAKE      )

Upon oath, Erik Olson deposes and states as follows:

1.    I am an attorney with the law firm of Durham Jones & Pinegar, P.C.  I am

admitted to practice in all state and federal courts in the State of Utah.  My office is located at

111 East Broadway, Suite 900, Salt Lake City, Utah 84111.  My office telephone number is (801)

415-3000.

2.    I am filing this affidavit in support of a motion seeking my admission pro

hac vice for the purpose of representing some of the defendants in the above-captioned action.

3.     I was admitted to the Utah State Bar in 1999.  I was admitted to practice in the United States District Court for the District of Utah in 2000, and the United States Court of Appeals for the Tenth Circuit in 2001.  I am in good standing in all courts to which I have been admitted.  There are no disciplinary proceedings pending against me of which I am aware in any jurisdiction.

4.     I am familiar with the local rules for the United States District Court for the District of Massachusetts.

Signed under pains and penalties of perjury this ___22nd___ day of November, 2004.

_____
Erik A. Olson

SUBSCRIBED AND SWORN TO BEFORE ME this 22nd day of November, 2004.



_____
NOTARY PUBLIC

LINDA STOUT
NOTARY PUBLIC - STATE OF UTAH
111 E. Broadway, Ste. 900
Salt Lake City, UT 84111
My Comm. Exp. 09/01/2005

2