AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

United States Liabilty Insurance Co.

v.

Advantus, Inc., et al)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11824 PBS

TO: (Name and address of Defendant)

Charles Cambra, III
1778 Kiera Ct. 4380 So.
Salt Lake City, UT 84124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ellen Rappaport Tanowitz
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: ANASTAS

DATE: 10/22/04

(By) DEPUTY CLERK

# OUT OF STATE AFFIDAVIT
## RETURN ON SUMMONS, COMPLAINT

STATE OF UTAH            )
                         )   ss.  SHERIFF'S OFFICE
COUNTY OF SALT LAKE      )

I, Deputy G. Sterner, being first duly sworn, on oath deposes and says:

That I am a citizen of the United States over the age of twenty-one years at the time of service herein, and not a party to this action.

That I received the hereto annexed summons on the 1st day of November, 2004, and served the same upon the within named defendant, CHARLES CAMBRA, III, personally known to me to be the defendant mentioned in the within summons by delivering to CHARLES CAMBRA, III, the said defendant personally, at 1111 E. Brickyard Rd., in Salt Lake City, Salt Lake County, State of Utah, a true copy of said summons on the 3rd day of November, 2004, at 2:20 P.M. together with copies of complaint.

I further certify that at the time of service, on the copy served, that I endorsed the date, signed my name and official title thereto.

**Aaron D. Kennard,** Sheriff of Salt Lake County, State of Utah

Dated at Salt Lake City, November 4, 2004
Subscribed and sworn to before me November 4, 2004

By /S/ Gary Sterner, LSN
      Deputy

Docket # 04-8913
Processed by: MR

By Marilyn Robinson
    Notary Public residing in Salt Lake City, Utah
    My commission expires: 5-22-07

SHERIFF' FEES:
| | | |
|---|---|---|
| Service | $ | 15.00 |
| Mileage | $ | 22.50 2 locations |
| Notary  | $ | 5.00 |
| Total   | $ | 42.50 |

MARILYN ROBINSON
NOTARY PUBLIC - STATE OF UTAH
3365 SOUTH 900 WEST
SALT LAKE CITY, UT 84119
My Comm. Exp. 05/22/2007