AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

UNITED STATES LIABILITY INSURANCE, CO.,
INC., AS INSURER OF ADMINASERVICE, INC.

v.

ADVANTIUS, INC., NEAL BERGSTROM,
ROBERT STEVENS, CHARLES CAMBRA, III.
JONATHAN K. DRIGGS, AND WORKFORCE
SOLUTIONS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11824 PBS

TO: (Name and address of Defendant)

Workforce Solutions, Inc.
1111 Brickyard Road
Suite 109
Salt Lake City, UT 84106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ellen Rappaport Tanowitz
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



20 2004

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

# OUT OF STATE AFFIDAVIT
## RETURN ON SUMMONS, COMPLAINT

| | |
|---|---|
| STATE OF UTAH | ) |
| | ) ss. SHERIFF'S OFFICE |
| COUNTY OF SALT LAKE | ) |

I, Deputy L. Brown, being first duly sworn, on oath deposes and says:

That I am a citizen of the United States over the age of twenty-one years at the time of service herein, and not a party to this action.

That I received the hereto annexed summons on the 1st day of October, 2004, and served the same upon the within named defendant, WORKFORCE SOLUTIONS, INC., personally known to me to be the defendant mentioned in the within summons by delivering to Janet Barton, for the said defendant at 1111 E. Brickyard Rd., in Salt Lake City, Salt Lake County, State of Utah, a true copy of said summons on the 15th day of October, 2004, at 10:52 A.M. together with copies of complaint.

I further certify that at the time of service, on the copy served, that I endorsed the date, signed my name and official title thereto.

**Aaron D. Kennard,** Sheriff of Salt Lake County, State of Utah

Dated at Salt Lake City, October 15, 2004
Subscribed and sworn to before me October 15, 2004

By /s/ Liz Brown LSM
   Deputy

Docket # 04-7979
Processed by: MR

By Marilyn Robinson
   Notary Public residing in Salt Lake City, Utah

SHERIFF' FEES:                My commission expires: 5-22-07

| | | |
|---|---|---|
| Service | $ | 15.00 |
| Mileage | $ | 9.00 |
| Notary | $ | 5.00 |
| Total | $ | 29.00 |

MARILYN ROBINSON
NOTARY PUBLIC - STATE OF UTAH
3365 SOUTH 900 WEST
SALT LAKE CITY, UT 84119
My Comm. Exp. 05/22/2007