AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

United States Liability Insurance Co.

V.

Advantus, Inc., et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-11824 PBS

TO: (Name and address of Defendant)

Jonathan K. Driggs
1042 E 490 N
Pleasant Grove, UT 84062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ellen Rappaport Tanowitz
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    10/22/04

RETURN OF SERVICE

STATE OF UTAH / COUNTY OF UTAH } S.S. SHERIFF'S OFFICE

DOCKET NUMBER: CV-04-3782

SERVED:    DRIGGS, JONATHAN K.                         DEFENDANT

DATE RECEIVED: 11/03/2004        DATE SERVED: 11/03/2004

PROCESS: SUMMONS AND COMPLAINT

TYPE OF SERVICE: PERSONAL

LEFT AT RESIDENCE WITH: DRIGGS, JONATHAN K.
HIS/HER RELATIONSHIP IS:  SELF
AND THIS IS HIS/HER PLACE OF ABODE AND IS OF SUITABLE AGE AND DISCRETION.

SERVICE ADDRESS: 1042 E 490 NORTH
         CITY: PLEASANT GROVE        STATE: UT

I FURTHER CERTIFY THAT AT THE TIME OF SERVICE, ON COPY SERVED,
I ENDORSED THE DATE, SIGNED MY NAME AND OFFICIAL TITLE THERETO.

        SHERIFF'S FEES
        1. SRV CHRGE            15.00
        2. MILEAGE              18.00
        3. NOTARY FE             5.00

           TOTAL                38.00

JAMES O. TRACY, SHERIFF OF UTAH COUNTY,   STATE OF UTAH

I CERTIFY THAT THE FORGOING IS TRUE AND CORRECT
AND THAT THIS CERTIFICATE IS EXECUTED ON

DATE 11/04/2004 BY _____Bruce Harris_____
                  (DEPUTY SHERIFF) BRUCE HARRIS

[Notary stamp: PAM YOUNG, NOTARY PUBLIC · STATE of UTAH, 51 S. UNIVERSITY STE 105, PROVO, UTAH 84601, COMM. EXPIRES 1-29-2008]

Subscribed and sworn to before
on this 8 day of Nov
by Bruce Harris
   Pam Young
Notary Public