UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC. | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-11824 PBS |
| v. | ) ) | |
| ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS,CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED TO MOTION BY THE PLAINTIFF TO
EXTEND THE TIME TO RESPOND TO DEFENDANT
NEAL BERGSTROM'S MOTION TO DISMISS**

The plaintiff United States Liability Insurance Co., Inc. as Insurer of Adminaservice, Inc.

hereby moves the Court to extend the time it has to respond to Neal Bergstrom's Motion to

Dismiss until December 3, 2004.  In support to this motion, the plaintiff states that counsel

telephoned Mr. Bergstrom, who is *pro se*, to request an extension of time and Mr. Bergstrom has

agreed to give the plaintiff until December 3, 2004 to file a response to his motion.

WHEREFORE, the plaintiff, United States Liability Insurance Co., as Insurer of

Adminaservice, Inc. prays that this Court grant it until December 3, 2004 to file an opposition to

Neal Bergstrom's Motion to Dismiss and any other relief this Court deems just and appropriate.

> Respectfully Submitted,
> UNITED STATES LIABILITY
> INSURANCE CO., INC.
> By its attorneys,
>
>
> Michael A. Fitzhugh
> BBO No. 169700
> Ellen Rappaport Tanowitz
> BBO No. 630710
> Fitzhugh, Parker & Alvaro, LLP
> 155 Federal Street
> Boston, MA 02110
> (617) 695-2330

### CERTIFICATE OF SERVICE

I, Ellen Rappaport Tanowitz, served a copy of the foregoing pleading on counsel of record and on all pro se parties on this 18th day of November, 2004, via first class mail, postage pre-paid.

> Ellen Rappaport Tanowitz