UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11824 PBS |

### ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO THE MOTION TO DISMISS OR TRANSFER FILED BY CHARLES CAMBRA, JONATHAN K. DRIGGS AND WORKFORCE SOLUTIONS, INC.

The plaintiff United States Liability Insurance Co., as Insurer or AdminaService, Inc. files this assented motion to extend the time for it to respond to Charles Cambra's, Jonathan K. Driggs' and Workforce Solutions, Inc.'s Motion to Dismiss or Transfer until December 22, 2004. In support of this motion, the plaintiff states that prior to the filing of this motion, counsel had a number of previously scheduled depositions and other deadlines occurring in the first half of December and plaintiff needs additional time to respond to the defendants' motion. As stated previously, counsel have conferred and the moving party agrees to the extension.

WHEREFORE, the plaintiff United States Liability Insurance Co., Inc. prays that this Court extend the deadline for it to file an opposition to Charles Cambra's, Jonathan K. Driggs' and Workforce Solutions, Inc.'s Motion to Dismiss or Transfer until December 22, 2004 and any other relief this Court deems just and appropriate.

Respectfully Submitted,
UNITED STATES LIABILITY
INSURANCE CO., INC.
By its attorneys,

_Ellen Rappaport Tanowitz_ /SCF
Michael A. Fitzhugh
BBO No. 169700
Ellen Rappaport Tanowitz
BBO No. 630710
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110
(617) 695-2330

CERTIFICATE OF SERVICE

I, Ellen Rappaport Tanowitz, hereby certify that on this 6th day of December, 2004, I served a copy of the foregoing pleading and all accompanying documents upon all counsel of record and all pro se parties via first class mail postage pre-paid.

_Ellen Rappaport Tanowitz_ /SCF
Ellen Rappaport Tanowitz