UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.,<br><br>Defendants. | Civil No. 0411824 PBS |

**DEFENDANT WORKFORCE SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3(A))**

Defendant Workforce Solutions, Inc., ("Workforce") states that it is a privately held Delaware corporation. Workforce has no parent corporation and no publicly held corporation holds more than 10% of Workforce's stock.

Respectfully submitted,

CHARLES CAMBRA III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.

By their attorneys,

Dated: December 8, 2004

Edward V. Colbert, III (BBO # 566187)
P. Andy Henderson, Jr. (BBO # 655891)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, Massachusetts 02110-1112
(617) 951-2800

- and -

Erik A. Olson
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
(801) 415-3000

## CERTIFICATE OF SERVICE

I, P. Andy Henderson Jr., hereby certify that on December 9, 2004, I served a true copy of the foregoing pleading upon all parties hereto properly addressed to:

**Ellen Rappaport Tanowitz**
**Fitzhugh, Parker & Alvaro LLP**
**155 Federal Street**
**Suite 1700**
**Boston, MA 02110-1727**

_____
P. Andy Henderson Jr.