UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

)
UNITED STATES LIABILITY )
INSURANCE CO., INC., AS )
INSURER OF ADMINASERVICE,)
INC. )
 )
      Plaintiff, )
 )
v. ) CIVIL ACTION NO. 04-11824 PBS
 )
ADVANTIUS, INC., NEAL )
BERGSTROM, ROBERT )
STEVENS, CHARLES CAMBRA, )
III, JONATHAN K. DRIGGS, )
AND  WORKFORCE SOLUTIONS,)
 INC., )
 )
      Defendants. )
_____)

## AFFIDAVIT OF ELLEN RAPPAPORT TANOWITZ

I, Ellen Rappaport Tanowitz, hereby state and depose the following:

1. I am an attorney in licensed to practice law in the Commonwealth of Massachusetts and in good standing with the Supreme Judicial Court of Massachusetts.

2. I am one of the attorneys of record for the plaintiff in this action.

3. Attached as Exhibit A are copies of documents from the Utah Department of Commerce's Website and Certificate Authority from the Utah Department of Commerce listing the Officers and Directors of Workforce Solutions, Inc.

4. Attached as Exhibit B are copies of documents from the Utah Department of Commerce's Website and Certificate Authority

from the Utah Department of Commerce listing the Officers and Directors of Advantius, Inc.

5. Attached as Exhibit C is a copy of the lawsuit filed by MYFAMILY.COM, Inc. against Advantius, Inc. and others.

SWORN AND SUBSCRIBED TO UNDER THE PAINS AND PENALTIES OF PERJURY, THIS ___ DAY OF DECEMBER 2004.

_____
Ellen Rappaport Tanowitz, as
counsel for the plaintiff