search.utah.gov

 # Business Entity Search

?Help

| Name | Type | City | Status |
|---|---|---|---|
| WORKFORCE SOLUTIONS, INC. | Corporation | SALT LAKE CITY | Active |

**Business Name:** WORKFORCE SOLUTIONS, INC.
**Entity Number:** 1399500-0143
**Registration Date:** 05/16/1998
**State of Origin:** DE

### Address

1111 BRICKYARD RD STE 109
SALT LAKE CITY, UT 84106

### Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 01/23/2001
**Last Renewed:** 04/11/2003
**License Type:** Corporation - Foreign - Profit
**Delinquent Date:** 03/16/2004

(Note: If your renewal is not received within 60 days of delinquency date your filing will expire.)

### Registered Agent

**Registered Agent:** CHARLES R CAMBRA, III
**Address Line 1:** 1111 BRICKYARD RD
**Address Line 2:** STE 109
**City:** Salt Lake City
**State:** UT
**Zip:** 84106

### Additional Information

**Additional Principals:** N
**NAICS Title:** 5416-Management, Scientific, and Technic
**Stock Class 1 Amount:** 0000000000
**Stock Class 2 Amount:** 0000000000
**Stock Class 3 Amount:** 0000000000
**Stock Class 4 Amount:** 0000000000
**Stock Class 5 Amount:** 0000000000
**Stock Class 5 Type:** 0000000000
**Stock Class 6 Amount:** 0000000000
**Stock Class 6 Type:** 0000000000

With this information, you can...



If you would like to purchase a Certificate of Existence for this business entity, select the button to the left. You will be assessed a **$12.00 fee** for this service. You will need Adobe Reader to view this certificate. If you do not have Adobe Reader, click on the button below and download it.





If you would like to receive inform this entity, click the button on the information.

https://secure.utah.gov/bes/bes





# Business Entity Search

?Help

## Business Entity Search - Principals:

| Name | Type | City | Status |
|---|---|---|---|
| WORKFORCE SOLUTIONS, INC. | Corporation | SALT LAKE CITY | Active |

| Position | Name | Address | |
|---|---|---|---|
| Director | CHARLES R CAMBRA III | 642 E JAMES PONTE DR 5-X | MURRAY UT 84107 |
| Director | MARCI K STEVENS | 1107 COWPER | PALO ALTO CA 9-4301 |
| Director | ROBERT J STEVENS | 3979 DEER CREST CIR | SALT LAKE CITY UT 8412 |
| President | ROBERT J STEVENS | 3979 DEWCREST CIR | SALT LAKE CITY UT 8412 |
| Registered Agent | CHARLES R CAMBRA, III | 1111 BRICKYARD RD | Salt Lake City UT 84106 |
| Secretary | CHARLES R CAMBRA III | 642 E JAMES PONTE DR 5-X | MURRAY UT 84107 |
| Treasurer | ROBERT J STEVENS | 3979 DEWCREST CIR | SALT LAKE CITY UT 8412 |
| Vice President | CHARLES R CAMBRA III | 642 E JAMES PONTE DR 5-X | MURRAY UT 84107 |

Additional Principals on file at Division of Corporations: No

 

Your experience is important to us. Please click the link below to provide feedback.

Feedback Form

https://secure.utah.gov/bes/besauth?page=subscriberAccount        03/22/2004




# CERTIFICATE OF AUTHORITY
## WORKFORCE SOLUTIONS, INC.
(exact corporate name)

**RECEIVED MAR 16 1998**
Utah Div. of Corp. Comm. Code

**FILING FEE: $50.00/SEND COMPLETED FORMS IN DUPLICATE**

Must be typewritten:          **PROFIT**

1. A corporation of the state of __Delaware__, incorporated __23__ day of __June__, 19__97__.
2. The corporations period of duration is __perpetual__ (usually perpetual)
3. The address of the corporation's principal office is:

| 1111 Brickyard Road, Suite 109 | Salt Lake City | UT | 84106 |
|---|---|---|---|
| street address | city | state | zip |

4. The registered agent in Utah is: __ALL-SEARCH__
   The street address of the registered office in Utah is:

| 47 West 200 South, Suite 104 | Salt Lake City | Utah | 84101 |
|---|---|---|---|
| street address | city | state | zip |

5. The business purposes to be pursued in Utah are: __to provide companies with temporary employment leasing services.__
6. The corporation commenced or intends to commence business in Utah on: __June 23, 1997__
7. The names and addresses of the corporation's directors and officers are:

| | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Director | PLEASE SEE ATTACHED. | | | | |
| Director | | | | | |
| Director | | | | | |
| President | Robert J. Stevens | | | | |
| Vice-President | Charles R. Cambra III | | | | |
| Secretary | Charles R. Cambra III | | | | |
| Treasurer | Robert J. Stevens | | | | |

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certify that the foregoing has been filed and approved on the 16 day of Mar 1998 in the office of this Division and hereby issue this Certificate thereof.
Examiner _____ Date 3-16-98
KORLA T. WOODS
Division Director

8. A certification of Good Standing from the State of Incorporation dated no earlier than ninety (90) days prior to filing with this office is attached to this application.
9. The corporation shall use as its name in Utah __WORKFORCE SOLUTIONS, INC.__
(The corporation shall use its name as set forth at the top of this form unless this name is not available for use in Utah.)

*Under penalties of perjury, I declare that this application for Certificate of Authority has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.*

STATE OF UTAH
DIVISION OF CORPORATIONS
AND COMMERCIAL CODE

The undersigned hereby accepts appointment as Registered Agent for the above named corporation.
Corporation Service Company
By: _____
Registered Agent

BY: _____

TITLE: __President__

DATED: _____

corpsdba\certauth.mac 6/96

## Attachment

## Directors and Officers
## of
## Workforce Solution, Inc.

*Director, Vice President and Secretary*

Charles R. Cambra III
642 E. James Ponte Drive, No. 5-X
Murray, UT 84107

*Chairman of the Board*

John H. Stevens
727 E. Loma Verde Ave.
Palo Alto, CA 94303

*Director*

Marci Kirk Stevens
727 E. Loma Verde Ave.
Palo Alto, CA 94303

*Director, President and Treasurer*

Robert John Stevens
3979 Deer Crest Circle
Salt Lake City, UT 84124

GDSVFH\70498.1

*State of Delaware*

## Office of the Secretary of State

PAGE 1

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WORKFORCE SOLUTION, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTEENTH DAY OF MARCH, A.D. 1998.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "WORKFORCE SOLUTION, INC." WAS INCORPORATED ON THE TWENTY-THIRD DAY OF JUNE, A.D. 1997.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



Edward J. Freel, Secretary of State

2765359  8300

981098226

AUTHENTICATION:   8971197

DATE:   03-13-98