


Search Utah.gov  GO

# Business Entity Search
?Help

| Name | Type | City | Status |
|---|---|---|---|
| ADVANTIUS INC | Corporation | Salt Lake City | Active |

**Business Name:** ADVANTIUS INC
**Entity Number:** 4767823-0143
**Registration Date:** 06/28/2000
**State of Origin:** DE

### Address

1111 BRICKYARD RD #109
Salt Lake City, UT 84106

### Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 09/05/2003
**Last Renewed:** 09/05/2003
**License Type:** Corporation - Foreign - Profit
**Delinquent Date:** 06/28/2004

(Note: If your renewal is not received within 60 days of delinquency date your filing will expire.)

### Registered Agent

**Registered Agent:** ROBERT J STEVENS
**Address Line 1:** 629 QUALITY DR STE 101
**Address Line 2:**
**City:** American Fork
**State:** UT
**Zip:** 84003

### Additional Information

**NAICS Title:** 2332-Residential Building Construction

**With this information, you can...**



If you would like to purchase a Certificate of Existence for this business entity, select the button to the left. You will be assessed a $12.00 fee for this service. You will need Adobe Reader to view this certificate. If you do not have Adobe Reader, click on the button below and download it.





If you would like to receive information on the principal individuals associated with this entity, click the button on the l information.

 

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2003 State of Utah - All rights reserved.




Search Utah.gov [GO]

# Business Entity Search

?Help

## Business Entity Search - Principals:

| Name | Type | City | Status |
|---|---|---|---|
| ADVANTIUS INC | Corporation | Salt Lake City | Active |

| Position | Name | Address | |
|---|---|---|---|
| Director | ROBERT J STEVENS | 1111 BRICKYARD RD | Salt Lake City UT 84106 |
| President | ROBERT J STEVENS | 1111 BRICKYARD RD | Salt Lake City UT 84106 |
| Registered Agent | ROBERT J STEVENS | 629 QUALITY DR STE 101 | American Fork UT 84003 |

Additional Principals on file at Division of Corporations: No




Your experience is important to us. Please click the link below to provide feedback.

Feedback Form

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2003 State of Utah - All rights reserved.

https://secure.utah.gov/bes/besauth?page=subscriberAccount

02/16/2004

**State of Utah**
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

File Number: _____

Check Here If:   Fee:
☒ Qualify       $50.00
☐ *Re-Qualify   $50.00

## Application for Certificate of Authority for a Foreign Profit Corporation

_Advantius, Inc._
Exact Corporate Name

**FILED**
JUN 28 2000
Utah Div. Of Corp. & Comm. Code

1. A corporation of the state of _Delaware_, incorporated ___ day of _June_, 20_00_.
2. The corporations period of duration is _perpetual_ (usually perpetual).
3. The address of the corporation's principal office is:
   _1111 Brickyard Road, #109, Salt Lake City, UT 84106_
   Street Address / City / State / Zip
4. The Registered Agent in Utah is: _Robert J. Stevens_
   The street address of the registered office in Utah is:
   _1111 Brickyard Road, #109, Salt Lake City_   _Utah_   _84106_
   Street Address / City / Zip
   Signature of Registered Agent (Required) _[signature]_
5. The business purposes to be pursued in Utah are: _employer administrative services_
6. The corporation commenced or intends to commence business in Utah on: _June 23, 2000_
7. The names and addresses of the corporation's officers and directors are:
   Name / Address / City / State / Zip
   President: _Robert J. Stevens, 1111 Brickyard Road, #109, Salt Lake City, UT 84106_
   Vice-President: _Charles R. Cambra, III, 1111 Brickyard Road, #109, Salt Lake City, UT 84106_
   Secretary: _Jonathan K. Driggs, 1042 E. 490 N., Pleasant Grove, UT 84062_
   Treasurer: _____
   Director: _Robert J. Stevens, 1111 Brickyard Road, #109, Salt Lake City, UT 84106_
   Director: _Charles R. Cambra, III, 1111 Brickyard Road, #109, Salt Lake City, UT 84106_
   Director: _Jonathan K. Driggs, 1042 E. 490 N., Pleasant Grove, UT 84062_
8. A certification of Good Standing/Existence from the State of Incorporation dated no earlier than ninety (90) days prior to filing with this office is attached to this application.
9. *A Certificate of Good Standing from the Utah State Tax Commission is attached to this application.
10. If the name is not available in Utah the corporation shall use _____
    (Please refer to (U.C.A. 16-10a-1506).)

Under penalties of perjury, I declare that this application for Certificate of Authority has been examined by me and is to the best of my knowledge and belief, true, correct and complete.

BY: _[signature]_  TITLE: _President_  DATE: _June 23, 2000_
Corporate Officer Robert J. Stevens

06-28-00P01:07 RCVD

**File in duplicate.**
FREE! You may visit our Web Site to access this document and other information.

Mail In:  160 East 300 South, 2nd Fl. Box 146705
          Salt Lake City, UT 84114-6705
Walk In:  160 East 300 South, Main Floor
Service Center: (801) 530-4849
Toll Free Number: (877) 526-3994 (Utah Residents)
Fax: (801) 530-6111
Web Site: http://www.commerce.state.ut.us

Date:           06/28/2000
Receipt Number: 70377
Amount Paid:    $50.00

commons\forms\Corps\Certauth
Revised: 05-22-00 mm

4767823