-----Original Message-----
**From:** Jeffrey C. Garr [mailto:jgarr@adminasource.com]
**Sent:** Thursday, April 03, 2003 9:15 PM
**To:** Neal Bergstrom
**Cc:** Marissa Coffey; Deb Goodwin
**Subject:** RE: L    and C

Thanks for you response talk to you tomorrow

Jeffrey C. Garr
President/CEO
AdminaSource, Inc.
"Your Partner in Business"
508-285-0801 Office
617-212-9093 Cell
508-526-0266 Fax
Email: jgarr@adminasource.com

>-----Original Message-----
>**From:** Neal Bergstrom [mailto:neal@wkforce.com]
>**Sent:** Thursday, April 03, 2003 7:17 PM
>**To:** 'jgarr@adminasource.com'
>**Subject:** RE: L    and C
>
>Be assured you did everything right. It appears that there was a screw-up on our end in our tax
>department.i am pissed off and embarrassed and will fix this. I'll talk to you tomorrow about it.
>
>N

12/21/04

-----Original Message-----
**From:** Jeffrey C. Garr [mailto:jgarr@adminasource.com]
**Sent:** Thursday, April 03, 2003 5:17 PM
**To:** Neal Bergstrom
**Cc:** Marissa Coffey; Deb Goodwin
**Subject:** RE: L     and C

This does not make me feel any better since we as you confirmed did exactly what you told us we needed to do so that these problems don't occur again right?

Jeffrey C. Garr
President/CEO
AdminaSource, Inc.
"Your Partner in Business"
508-285-0801 Office
617-212-9093 Cell
508-526-0266 Fax
Email: jgarr@adminasource.com

>   -----Original Message-----
>   **From:** Neal Bergstrom [mailto:neal@wkforce.com]
>   **Sent:** Thursday, April 03, 2003 6:54 PM
>   **To:** 'jgarr@adminasource.com'
>   **Subject:** RE: L     and C
>
>   Thank you Jeff. You are right and I am embarrassed. Let me get a correction to you. Probably come tomorrow. Sorry.
>
>   Neal
>
>   >   -----Original Message-----
>   >   **From:** Jeffrey C. Garr [mailto:jgarr@adminasource.com]
>   >   **Sent:** Thursday, April 03, 2003 4:40 PM
>   >   **To:** Neal Bergstrom
>   >   **Cc:** Marissa Coffey; Deb Goodwin; Victor DoCouto
>   >   **Subject:** RE: L     and C
>   >
>   >   Neal: I am glad you are notifying us of this now. However, we got the PIN number into you before the first payroll was filed. This should never have been a problem. You statement about the PIN I believe is incorrect. I am not 100% sure of this statement so I will defer to Marissa or Deb to confirm.
>   >
>   >   If this is true I am at a loss as to why this occurred are you too?
>   >
>   >   Jeff
>   >
>   >   Jeffrey C. Garr
>   >   President/CEO
>   >   AdminaSource, Inc.
>   >   "Your Partner in Business"
>   >   508-285-0801 Office
>   >   617-212-9093 Cell
>   >   508-526-0266 Fax
>   >   Email: jgarr@adminasource.com

12/21/04

-----Original Message-----
**From:** Neal Bergstrom [mailto:neal@wkforce.com]
**Sent:** Thursday, April 03, 2003 6:24 PM
**To:** 'jgarr@adminasource.com'
**Subject:** L         and C

Jeff, Let me know if you think this is useful. We are trying to be proactive where we can.

Neal


## ADVANTIUS
*For the Life of Your Business*

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.
--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.
--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

12/21/04

-----Original Message-----
From: Neal Bergstrom [mailto:neal@wkforce.com]
Sent: Monday, January 13, 2003 10:32 AM
To: 'jgarr@adminasource.com'
Subject: RE: Thank You

Jeff - thanks for your kind words and your team's tremendous patience and skill in getting through Friday. We're not done yet! As soon as I get my feet underneath me today I'll give you a buzz. I hope your weekend was good. Let's ROCK AND ROLL!!!!! Talk to you soon.

N

PS -- Sorry -- I was at the gas station when your call came through on my cell phone.

-----Original Message-----
From: Jeffrey C. Garr [mailto:jgarr@adminasource.com]
Sent: Saturday, January 11, 2003 5:16 AM
To: Bob Stevens
Cc: Neal Bergstrom
Subject: Thank You

1

-----Original Message-----
**From:** Neal Bergstrom [mailto:neal@wkforce.com]
**Sent:** Monday, November 04, 2002 10:36 AM
**To:** 'jgarr@adminasource.com'
**Subject:** RE: Issue regarding Sharon Credit Union

Jeff -- Thanks for the update. We are all grateful that we were able to make the Sharon Credit Union thing happen for you. Thanks for all you are doing to make these processes smooth and uneventful. The changes you are making are being accepted on this end with enthusiasm, and seem to be working as anticipated. Please continue to help us know how to help you the best we can.

Thanks again for making this a tremendous partnership!

Neal

-----Original Message-----
**From:** Neal Bergstrom [mailto:neal@wkforce.com]
**Sent:** Wednesday, September 25, 2002 7:14 PM
**To:** 'mcoffey@adminasource.com'
**Subject:** RE: SERIOUS ISSUE WITH SAPERS & WALLACK

Marissa,

Brian did not get a call back from the IRS this afternoon and now all of their offices are closed. He will get an answer first thing in the morning and I will contact you when he does.

Neal

> -----Original Message-----
> **From:** Marissa Coffey [mailto:mcoffey@adminasource.com]
> **Sent:** Wednesday, September 25, 2002 1:44 PM
> **To:** Neil Bergstrom
> **Cc:** Jeff Garr; Dave Fried; 'Sandy Jarosz'
> **Subject:** SERIOUS ISSUE WITH SAPERS & WALLACK
>
> Neil,
>
> Please find attached a notice sent to our client Sapers & Wallack dated 09/23/02, with a penalty attached to it for $8,947.73. This is the second tax issue notice that this client has received in as many weeks.

LOOKS REALLY, REALLY BAD FOR "US".

My biggest issue is this, you (Advantius) are supposed to be responsible for the timely and accurate deposit and filing of all tax liabilities for our clients. We feel that should include the <u>proper</u> transmission of the taxes, whether it be by deposit to the bank or via EFTPS. They are assessing the penalty because you were not using EFTPS for Sapers & Wallack through the second quarter. As of a spreadsheet that I received from Brian on 08/26/02, only 9 of our 25 clients had been submitted to EFTPS for PIN numbers, this has since been corrected after I brought this up with Duane. I don't understand this at all when this obviously is such a sticking point with the IRS that everyone use EFTPS. Seems to me that this should be a priority!! I have asked several times if I could assist in the initiation of these PIN's when we bring a client on board and have been told no because there is banking information involved.

When we received the initial notification two weeks ago, Jeff was on the phone with Duane and Sapers and Duane stated that he has never seen the IRS access the 10% penalty. Well guess what ????

We need an IMMEDIATE resolution to this issue TODAY !!

Thanks,
Marissa


## Marissa J. Coffey
Operations/HR Manager
AdminaSource of New England, Inc.
"Your Partner in Business"
61 East Main Street, Suite 3
Norton, MA 02766-2341
Tel: (508) 285-0801
Fax: (508) 526-0266
Cell: (508) 922-9111


--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.


--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

2/29/2003