Thanks

Jeff

Jeffrey C. Garr
President/CEO

AdminaSource, Inc.
"Your Partner in Business"
Office: (508) 285-0801
Fax     (508) 526-0266
Cell     (617) 212-9093
email:  jgarr@adminasource.com
http://www.adminasource.com


-----Original Message-----
**From:** Sean [mailto:Sean@wkforce.com]
**Sent:** Tuesday, October 15, 2002 1:21 PM
**To:** 'jgarr@adminasource.com'
**Subject:** follow up to our call

I still haven't heard from the IT guy at the law firm. I would like to get that working for them ASAP. Please advise.

Sean Pasinsky

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.
--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

12/21/04

**From:** Sean [mailto:Sean@wkforce.com]
**Sent:** Tuesday, October 15, 2002 1:30 PM
**To:** 'jgarr@adminasource.com'
**Subject:** RE: follow up to our call

Thanks. I'll continue to wait to hear from someone.


Regards,

Sean Pasinsky
CTO
Advantius, Inc.
801-474-2800

"We make our world significant by the courage of our questions and by the depth of our answers." **-Carl Sagan**

>  -----Original Message-----
> **From:** Jeff Garr [mailto:jgarr@adminasource.com]
> **Sent:** Tuesday, October 15, 2002 11:33 AM
> **To:** 'Sean'
> **Cc:** Victor DoCouto
> **Subject:** RE: follow up to our call
>
> Thanks Sean glad to hear you are on top of this. Vic is working hard to get this guy involved. He spoke to his contact, the decision maker and asked for his assistance in this matter.


12/21/04