-----Original Message-----
From: Duane Walker [mailto:Duane@wkforce.com]
Sent: Wednesday, March 27, 2002 4:36 PM
To: MARISSA COFFEY (E-mail)
Subject: signature files

<<Sign Scan UFW.doc>>  <<UFW Logo Form.doc>>

Thanks,

Duane Walker
Implementation Director
dwalker@advantius.com
PH: 801.474.2800, 888.974.7200
Fax: 801.474.2900

1

-----Original Message-----
**From:** Duane Walker [mailto:Duane@wkforce.com]
**Sent:** Thursday, December 26, 2002 4:10 PM
**To:** 'jgarr@adminasource.com'
**Subject:** RE:

I'm almost off the phone, I'll give ya call then.

>   -----Original Message-----
>   **From:** Jeff Garr [mailto:jgarr@adminasource.com]
>   **Sent:** Thursday, December 26, 2002 2:08 PM
>   **To:** 'Duane Walker'
>   **Subject:**
>
>   Duano: can you call me at the office I need to speak to you about a couple of things. Sorry to be a pest just need two minutes of your time.
>
>   Thanks
>
>   Jeff
>
>   Jeffrey C. Garr
>   President/CEO
>
>   AdminaSource, Inc
>   "Your Partner in Business"
>   Office:  (508) 285-0801
>   Fax      (508) 526-0266
>   Cell      (617) 212-9093
>   Email:  jgarr@adminasource.com
>   http://www.adminasource.com

12/20/04

-----Original Message-----
**From:** Duane Walker [mailto:Duane@wkforce.com]
**Sent:** Wednesday, December 04, 2002 3:15 PM
**To:** 'jgarr@adminasource.com'
**Subject:** RE: PlaceWare Demo for Sarnafil

I'm glad I can help

>-----Original Message-----
>**From:** Jeff Garr [mailto:jgarr@adminasource.com]
>**Sent:** Wednesday, December 04, 2002 12:24 PM
>**To:** mcoffey@adminasource.com; 'Duane Walker'
>**Subject:** RE: PlaceWare Demo for Sarnafil
>
>Duane: thanks again for the nice job you did today on the demo. These are fairly large deals as an fyi otherwise we would not be wasting your time. Each company is 200 in size.
>
>Jeff
>
>Jeffrey C. Garr
>President/CEO
>
>AdminaSource, Inc
>"Your Partner in Business"
>Office: (508) 285-0801
>Fax      (508) 526-0266
>Cell      (617) 212-9093
>Email:  jgarr@adminasource.com
>http://www.adminasource.com

12/20/04

-----Original Message-----
**From:** Duane Walker [mailto:duane@advantius.com]
**Sent:** Tuesday, May 27, 2003 10:35 AM
**To:** dgoodwin@Adminasource.com
**Cc:** Marissa Coffey; Jeff Garr
**Subject:** RE: Filter Access

ya'll come back now, ya hear!!!

> -----Original Message-----
> **From:** Debi Goodwin [mailto:dgoodwin@adminasource.com]
> **Sent:** Tuesday, May 27, 2003 8:19 AM
> **To:** Duane Walker
> **Cc:** Marissa Coffey; Jeff Garr
> **Subject:** RE: Filter Access
>
> Did you spend the weekend in the south?  Ya'll???? HA-HA-HA
> Cute....
>
> Anywho.....thanks for the heads-up.
> Just thought we could help on this end.
> -Deb


Debi Goodwin
Payroll/Operations Manager
AdminaSource of New England


12/20/04

"Your Partner in Business"
61 East Main Street - Suite 3
Norton, MA 02766
Office: (508) 285-0801
Fax: (508) 526-0266
E-Mail: dgoodwin@adminasource.com

> -----Original Message-----
> **From:** Duane Walker [mailto:duane@advantius.com]
> **Sent:** Tuesday, May 27, 2003 10:14 AM
> **To:** dgoodwin@adminasource.com
> **Cc:** Jeff Garr; Marissa Coffey
> **Subject:** RE: Filter Access
>
> Actually, it doesn't save time. Since we have to setup the code on our end, adding the filter is just part of the process. Ya'll just have to make sure that you indicate if the code should be billed or returned at the time you request the code setup.
>
> Thanks
> Duane
>
>> -----Original Message-----
>> **From:** Debi Goodwin [mailto:dgoodwin@adminasource.com]
>> **Sent:** Tuesday, May 27, 2003 8:12 AM
>> **To:** Duane Walker
>> **Cc:** Jeff Garr; Marissa Coffey
>> **Subject:** RE: Filter Access
>>
>> Hi Duane,
>> Is there any reason why we couldn't have access to the
>> filters???
>> It would save a lot of time between you guys and us in
>> terms of
>> setting up a code.
>>
>> Let me know why you think this is not something we can
>> have.
>> Thanks.
>> -Deb
>>
>>
>> Debi Goodwin
>> Payroll/Operations Manager
>> AdminaSource of New England
>> "Your Partner in Business"
>> 61 East Main Street - Suite 3
>> Norton, MA 02766
>> Office: (508) 285-0801
>> Fax: (508) 526-0266
>> E-Mail: dgoodwin@adminasource.com

-----Original Message-----
**From:** Duane Walker
[mailto:duane@advantius.com]
**Sent:** Tuesday, May 27, 2003 10:08 AM
**To:** Marissa Coffey; Paul Hunt
**Cc:** Deb Goodwin
**Subject:** RE: Filter Access

Actually, you shouldn't have had filters in the first place. Thank you for bringing it to my attention. Whatever items you need filtered can be requested to Paul or myself.

Thanks
Duane

>-----Original Message-----
>**From:** Marissa Coffey
>[mailto:mcoffey@adminasource.com]
>**Sent:** Tuesday, May 27, 2003 7:33 AM
>**To:** Duane Walker; Paul Hunt
>**Cc:** Deb Goodwin
>**Subject:** Filter Access
>
>Good Morning,
>
>Hope you both had a nice long weekend. I know you had beautiful weather and of course it rained here all weekend. YUCK!
>
>I just double checked all of our "master" companies and we do not have access to the filters on Lewtan (LEWT) and Lahive & Cockfield (LAHC). Please open this up for us. I need to make a couple of changes to deductions that are currently going back to the client and should be staying with us and I'm unable to do it.
>
>Please let me know when this is done.
>
>Thanks much,
>Marisss
>
>## Marissa J. Coffey
>**Manager of HR Services**
>**AdminaSource, Inc.**
>**"Your Partner in Business"**
>61 E. Main Street, Suite 3
>Norton, MA 02766-2341

12/20/04

Phone: (508) 285-0801
Fax: (508) 526-0266
Cell: (508) 922-9111

--
This message has been scanned
for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses
and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

12/20/04

-----Original Message-----
**From:** Duane Walker [mailto:Duane@wkforce.com]
**Sent:** Tuesday, January 14, 2003 11:33 AM
**To:** 'jgarr@adminasource.com'
**Subject:** RE: Amicas and other clients Web piece

thanks

Just to clarify. Quality, Unishippers, & Lahive will be setup with the new functionality within the next 2 weeks.

> -----Original Message-----
> **From:** Jeff Garr [mailto:jgarr@adminasource.com]
> **Sent:** Tuesday, January 14, 2003 8:59 AM
> **To:** Duane Walker; Marissa Coffey
> **Cc:** dgoodwin@adminasource.com; Amorrison@adminasource.com; 'Victor M. DoCouto'
> **Subject:** Amicas and other clients Web piece
>
> Thanks Duane for your help this morning. This is just a recap of our conversation.
>
> Amicas: Ted Crowell is now in the system as a manager to get information. You will add other names as we send them to you which Marissa will respond to you and get you this information. They still will not have report writing capability nor payroll entry. You are working on solutions to get this resolved timely.
>
> Quality, Unishippers, Lahive are all set and can use all functionalities for the web.
>
> Colonial: they are up and running with Sue as the manager and all ee's have the ability to change information in the system. If there is a problem they should send the concern on the web to you Duane. I will call Sue with this info now and inform her.
>
> I think that is it for now thanks again

12/20/04

Jeff

Jeffrey C. Garr
President/CEO

AdminaSource, Inc
"Your Partner in Business"
Office: (508) 285-0801
Fax       (508) 526-0266
Cell       (617) 212-9093
Email:  jgarr@adminasource.com
http://www.adminasource.com

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

12/20/04

-----Original Message-----
**From:** Duane Walker [mailto:Duane@wkforce.com]
**Sent:** Tuesday, January 14, 2003 10:34 AM
**To:** 'jgarr@adminasource.com'
**Subject:** RE:

I will try to call ya back in few minutes

>-----Original Message-----
>**From:** Jeff Garr [mailto:jgarr@adminasource.com]
>**Sent:** Tuesday, January 14, 2003 8:19 AM
>**To:** Duane Walker
>**Subject:**
>
>Duano: can you call me I have two quick questions for you wont need more than 3 minutes I promise.
>
>I am in the office
>
>Thanks
>
>Jeff
>
>Jeffrey C. Garr
>President/CEO
>
>AdminaSource, Inc
>"Your Partner in Business"
>Office:  (508) 285-0801
>Fax      (508) 526-0266
>Cell     (617) 212-9093

12/20/04

Email: jgarr@adminasource.com
http://www.adminasource.com

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

12/20/04

-----Original Message-----
**From:** Duane Walker [mailto:Duane@wkforce.com]
**Sent:** Monday, March 24, 2003 10:45 AM
**To:** MARISSA COFFEY (E-mail); Debi Goodwin (E-mail)
**Subject:** training

You are invited to attend a live Web Conference
using PlaceWare Web Conferencing.

**Topic:** TESTING AND TRAINING
**Time:** Mon, 24 Mar 2003, 9:30 AM Mountain Standard Time (MST)
**Duration:** 60 minutes
**Meeting URL (Address):**
http://www.placeware.com/cc/futurehr/A?id=asine6&pw=260004
**Audio Information:** CALL DUANE WHEN YOU'RE 888.974.7200

To add this meeting to your Outlook calendar,
click the following URL or enter it in your browser:

http://www.placeware.com/cc/futurehr/a_ics?mid=6148wczw1lmfh&pw=260004&i=i.ics

(This URL works for Internet Explorer users with Outlook 2000 or later.)

TO ATTEND THE MEETING

1. Click the following Meeting URL or enter it in your browser:

http://www.placeware.com/cc/futurehr/A?id=asine6&pw=260004


12/21/04

Or alternatively, use the following URL:

http://www.placeware.com/cc/futurehr

2. On the "Enter Meeting" page that appears, supply this information if requested:

   Your Name: (enter your name)
   Meeting ID: asine6
   Meeting Key: 260004
   Conference Center Name: futurehr

and then click the ENTER button at the bottom of the page.

3. Access audio for the meeting based on the following:

   Audio Information: CALL DUANE WHEN YOU'RE 888.974.7200

If a phone number is listed, dial the phone number.
If a URL appears, open a separate browser window and
enter the audio URL to receive streaming audio for the meeting.

For help, tips and hints, FAQs, etc., go to:

   http://www.placeware.com/tips

Thanks,

Duane Walker
Director of Professional Services
1111 Brickyard Road, Suite 204
Salt Lake City, Ut 84106
dwalker@advantius.com
PH: 801.474.2800, 888.974.7200
Fax: 801.474.2900


--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

12/21/04

-----Original Message-----
**From:** Duane Walker [mailto:Duane@wkforce.com]
**Sent:** Thursday, February 27, 2003 5:55 PM
**To:** Debi Goodwin (E-mail)
**Subject:** Barbizon accruals

I just go your fax. I will work on these tomorrow

Thanks,

Duane Walker
Director of Implementation
1111 Brickyard Road, Suite 204
Salt Lake City, Ut 84106
dwalker@advantius.com
PH: 801.474.2800, 888.974.7200
Fax: 801.474.2900


--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.


12/21/04