-----Original Message-----
From: Bob [mailto:bstevens@advantius.com]
Sent: Monday, January 13, 2003 3:54 PM
To: Duane Walker; Neal Bergstrom; Sean; 'sboyd@advantius.com'; 'phunt@advantius.com'
Subject: Advantius January 13 Web Conference

Hello! Here is the recording from today's web conference. It lasts just under one hour and introduces eLabor, a marvelous time and attendance solution. I'd encourage each of you to take a few minutes to view this. Watch for details about upcoming web conferences. The next one will happen in early February. We're looking at a Friday morning schedule. Would that work better than Monday morning? Every other week - rather than every week? Let me know your thoughts when you can.

http://www.placeware.com/cc/futurehr/view?id=Jan13&pw=520430


Bob Stevens
President
Advantius, Inc.
1111 Brickyard Road, Suite 204
Salt Lake City, UT 84106

1

801.474.2800
801.474.2900 fax
rstevens@advantius.com

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

-----Original Message-----
From: Bob [mailto:bstevens@advantius.com]
Sent: Thursday, November 21, 2002 1:27 PM
To: Neal Bergstrom; Sean
Subject: No Web Conference Nov. 25
Importance: High

Because of the Thanksgiving Holiday this next week, because quite a few people are on vacation or are scrambling to complete 5 days work in 3 days, we will not be holding a Web Conference this coming Monday, November 25. We will hold our next Web Conference on December 2 at the usual time. Look for the December 2 agenda in your email inbox next Wednesday.

Happy Thanksgiving!

Bob Stevens
President
Advantius, Inc.
1111 Brickyard Road, Suite 204
Salt Lake City, UT 84106
801.474.2800
801.474.2900 fax
rstevens@advantius.com

1