-----Original Message-----
From: Neal Bergstrom [mailto:neal@wkforce.com]
Sent: Monday, January 13, 2003 5:27 PM
To: 'jgarr@adminasource.com'
Subject: RE: Sapers & Wallack MA IRS Issue

And maybe monkeys will fly out my butt . . .

-----Original Message-----
From: Jeffrey C. Garr [mailto:jgarr@adminasource.com]
Sent: Monday, January 13, 2003 3:25 PM
To: Neal Bergstrom
Subject: RE: Sapers & Wallack MA IRS Issue


Nice problem to have if you are client. If I were them I would demand an immediate refund!

Maybe they will split it with you and me...

Jeffrey C. Garr
President/CEO
AdminaSource, Inc.
"Your Partner in Business"

1

508-285-0801 Office
617-212-9093 Cell
508-526-0266 Fax
Email: jgarr@adminasource.com

-----Original Message-----
From: Neal Bergstrom [mailto:neal@wkforce.com]
Sent: Monday, January 13, 2003 5:20 PM
To: 'jgarr@adminasource.com'
Subject: RE: Sapers & Wallack MA IRS Issue

Exactly. We have clear documentation of what was owed and what was deposited, which matched exactly. The rest is an incorrect application by the state.

N

-----Original Message-----
From: Jeffrey C. Garr [mailto:jgarr@adminasource.com]
Sent: Monday, January 13, 2003 3:21 PM
To: Neal Bergstrom
Cc: Anne Morrison; Victor DoCouto; Deb Goodwin; Marissa Coffey
Subject: RE: Sapers & Wallack MA IRS Issue

Once again great job for the follow up. Sounds great.

We look forward to the resolution on Amicas and Ross. Sapers it sounds like the State of MA put in an extra $175k into their account had nothing to with us (Advantius and Adminasource) is that how you understand it to be?

Thanks again Neal

Jeff

Jeffrey C. Garr
President/CEO
AdminaSource, Inc.
"Your Partner in Business"
508-285-0801 Office
617-212-9093 Cell
508-526-0266 Fax
Email: jgarr@adminasource.com

-----Original Message-----
From: Neal Bergstrom [mailto:neal@wkforce.com]
Sent: Monday, January 13, 2003 5:15 PM
To: 'jgarr@adminasource.com'
Subject: RE: Sapers & Wallack MA IRS Issue

Jeff -- Ross and Amicas are close as well. I think that Sapers and Wallack state tax issue is handled.

N

-----Original Message-----
From: Jeffrey C. Garr [mailto:jgarr@adminasource.com]
Sent: Monday, January 13, 2003 3:14 PM
To: 'Anne Morrison'; Neal Bergstrom
Cc: Victor DoCouto; Deb Goodwin; Marissa Coffey
Subject: RE: Sapers & Wallack MA IRS Issue


Thanks Neal for handling these two issues and for typing the letter to be sent to them.

Anne: does this look like what we need for each of these clients please respond.

Thanks again Neal

Jeff

Jeffrey C. Garr
President/CEO
AdminaSource, Inc.
"Your Partner in Business"
508-285-0801 Office
617-212-9093 Cell
508-526-0266 Fax
Email: jgarr@adminasource.com

-----Original Message-----
From: Neal Bergstrom [mailto:neal@wkforce.com]
Sent: Monday, January 13, 2003 5:07 PM
To: 'Anne Morrison'
Cc: 'jgarr@adminasource.com'
Subject: RE: Sapers & Wallack MA IRS Issue


-----Original Message-----
From: Anne Morrison [mailto:amorrison@adminasource.com]
Sent: Monday, January 13, 2003 7:14 AM
To: Duane Walker; Brian Copeland
Cc: Jeff Garr; Neal Bergstrom
Subject: Sapers & Wallack MA IRS Issue



-----Original Message-----
From: efax.com [mailto:message@mail.efax.com]
Sent: Monday, January 13, 2003 9:05 AM
To: marcoffey@attbi.com; mcoffey@adminasource.com;

amorrison@adminasource.com; dgoodwin@adminasource.com
Subject: 2 page(s) eFax from unknown

You have received a 2 page Fax document on 01/13/03 at 14:05:04 GMT

* The reference number for this fax is 1042466655-5085260266-27.
To view your fax please open the file attached to this e-mail. Each e-mail program handles attachments differently but usually double clicking on the file will open your fax. Some e-mail programs may require you to save the file to your system before opening it.

For further help on viewing your faxes please go to http://www.eFax.com/help and click on the FAQ, 'How do I view the fax I received?'

Thank you for using the eFax service!

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--

4

This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content, and is
believed to be clean.

-----Original Message-----
**From:** Duane Walker [mailto:Duane@wkforce.com]
**Sent:** Wednesday, January 29, 2003 12:54 PM
**To:** 'Deb Goodwin'
**Cc:** 'Marissa Coffey'; 'Jeff Garr'
**Subject:** RE: send to Duane

Sapers was not in the package today. We will postmark them tomorrow and mail them directly to the employees from here tomorrow. Unless you would like us to FedEx them directly Sharon

Thanks
Duane

> -----Original Message-----
> **From:** Deb Goodwin [mailto:dgoodwin@adminasource.com]
> **Sent:** Wednesday, January 29, 2003 10:10 AM
> **To:** Duane Walker
> **Cc:** Marissa Coffey; Jeff Garr
> **Subject:** FW: send to Duane
>
> Hi Duane,
> Here is the information for Sapers & Wallack to overnite...
>
> Sapers & Wallack Insurance Agency, Inc.
> 101 Rogers Street
> Cambridge, MA 02142
> Att: Sharon Theall
>
> If you are able to print the others that were redone today...I will

12/20/04

also send you the address for them: Boston Bean, ADA Engineering and JJL. And then you can overnite to them as well.

Thanks so much for your help in this.
-Deb


*Debi Goodwin*
*Payroll/Operations Manager*
*AdminaSource of New England*
*"Your Partner in Business"*
*61 East Main Street - Suite 3*
*Norton, MA  02766*
*Office: (508) 285-0801*
*Fax: (508) 526-0266*
*E-Mail: dgoodwin@adminasource.com*
-----Original Message-----
**From:** Jeff Garr [mailto:jgarr@adminasource.com]
**Sent:** Wednesday, January 29, 2003 12:03 PM
**To:** dgoodwin@adminasource.com; 'Marissa Coffey'
**Subject:** send to Duane

Deb:  can you send the contact info for Sharon Theall and address so Duane can fed ex the package out directly to the client for delivery tomorrow.

He will directly mail the other w-2's tomorrow to each employee

Jeff

Jeffrey C. Garr
President/CEO

AdminaSource, Inc
"Your Partner in Business"
Office:  (508) 285-0801
Fax        (508) 526-0266
Cell        (617) 212-9093
Email:   jgarr@adminasource.com
http://www.adminasource.com


--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.

--
This message has been scanned for viruses and
dangerous content and is
believed to be clean.


--
This message has been scanned for viruses and
dangerous content and is

12/20/04

believed to be clean.

12/20/04