UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States Liability Insurance Co, Inc.<br>    Plaintiff,<br><br>    v.<br><br>Advantius, Inc., et al<br>    Defendants. | CIVIL ACTION<br>NO.   04-11824-PBS |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                    January 5, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss filed by Charles Cambra, III, Jonathan Driggs and Workforce Solutions, Inc. on **February 8, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                 By the Court,


                                                          /s/ Robert C. Alba
                                                         Deputy Clerk

Copies to:  All Counsel