UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.,<br><br>Defendants. | Civil No. 0411824 PBS |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN
RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
<u>MOTION TO DISMISS AND ALTERNATIVE MOTION TO TRANSFER VENUE</u>**

Appearing specially and without consenting to jurisdiction in this Court, defendants Workforce Solutions, Inc., ("Workforce"), Charles Cambra III, and Jonathan K. Driggs (collectively the "Workforce Defendants") hereby moves that this Court grant leave for the Workforce Defendants to file the attached reply brief in response to the Plaintiff's Opposition to Defendants' Motion to Dismiss and Alternative Motion to Transfer Venue.

1

      As grounds for this motion, the Workforce Defendants state that the plaintiff's Opposition raises inaccurate arguments to which a response is required.

                Respectfully submitted,

                CHARLES CAMBRA III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.

                By their attorneys,

DATED: January 24, 2005        /s/ P. Andy Henderson
                Edward V. Colbert, III (BBO # 566187)
                P. Andy Henderson, Jr. (BBO # 655891)
                LOONEY & GROSSMAN LLP
                101 Arch Street
                Boston, Massachusetts 02110-1112
                (617) 951-2800

                Erik A. Olson
                DURHAM JONES & PINEGAR, P.C.
                111 East Broadway, Suite 900
                Salt Lake City, Utah 84111
                (801) 415-3000

## **CERTIFICATE OF SERVICE**

      I, P. Andy Henderson, Jr. hereby certify that on January 24, 2005, I served a true copy of the foregoing pleading upon all parties hereto properly addressed to:

**Ellen Rappaport Tanowitz**
**Fitzhugh, Parker & Alvaro LLP**
**155 Federal Street**
**Suite 1700**
**Boston, MA 02110-1727**

                /s/ Edward Colbert
                Edward V. Colbert, III