UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Ins. Co.
Plaintiff,

V.                                          Civil Action Number
                                            04-11824-PBS

Advantius, Inc., et al
Defendants.                                 February 8, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/15/05

Plaintiff's expert designation deadline: 1/15/06

Defendant's expert designation deadline: 1/31/06

Expert discovery deadline: 2/28/06

Summary Judgment Motion filing deadline: 3/15/06

Opposition to Summary Judgment Motions: 3/30/06

Hearing on Summary Judgment or Pretrial Conference: 4/1/06 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Ins. Co.
Plaintiff,
V.                                                          Civil Action Number
                                                            04-11824-PBS

Advantius, Inc., et al
Defendants.                                                 February 8, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/15/05

Plaintiff's expert designation deadline: 1/15/06

Defendant's expert designation deadline: 1/31/06

Expert discovery deadline: 2/28/06

Summary Judgment Motion filing deadline: 3/15/06

Opposition to Summary Judgment Motions: 3/30/06

Hearing on Summary Judgment or Pretrial Conference: 4/1/06 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Ins. Co.
Plaintiff,

        V.                                                    Civil Action Number
                                                               04-11824-PBS

Advantius, Inc., et al
Defendants.                                                    February 8, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/15/05

Plaintiff's expert designation deadline: 1/15/06

Defendant's expert designation deadline: 1/31/06

Expert discovery deadline: 2/28/06

Summary Judgment Motion filing deadline: 3/15/06

Opposition to Summary Judgment Motions: 3/30/06

Hearing on Summary Judgment or Pretrial Conference: 4/1/06 at 2:00 p.m.

                                                                          By the Court,

                                                                          /s/ Robert C. Alba
                                                                          Deputy Clerk