UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

F I L E D
Clerk's Office
USDC, Mass.
Date   3 - 7 - 05
By _____
        Deputy Clerk

|  |  |  |
|---|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC. | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-11824 PBS |
| v. | ) ) | |
| ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO EXTEND THE TIME TO SERVE
## PURSUANT TO FED.R.CIV.P. 4

COMES NOW, the plaintiff, United States Liability Insurance Co., Inc. as Insurer of AdminaService, Inc. and hereby prays that the Court give it an additional 90 days to serve Advantius with the complaint and summons in this matter. In support of this motion, the plaintiff states as follows:

1.    Robert Stevens is an officer and director of Advantius. Service was made upon Mr. Stevens via delivery of the complaint and summons in hand to his wife.

2.    Although service in this manner has provided Mr. Stevens with notice of the complaint as agent for Advantius, Robert Stevens has not been served in hand.

3.    The plaintiff would like an opportunity to serve Advantius, in hand, so that this defendant cannot make any argument later that service was defective or improper. However, the

time for service has expired.

WHEREFORE, the plaintiff requests that the Court grant it ninety (90) days from the

allowance of the motion to serve Mr. Stevens in hand, as the agent for Advantius.

Respectfully Submitted,

UNITED STATES LIABILITY
INSURANCE CO., INC.
By its attorneys,


Michael A. Fitzhugh
BBO No. 169700
Ellen Rappaport Tanowitz
BBO No. 630710
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110
(617) 695-2330

**Dated:** March 7, 2005


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Ellen Rappaport Tanowitz, hereby certify that on March 7, 2005, I conferred with Edward Colbert,
Esq. of Looney & Grossman, counsel for Workforce Solutions, Inc. regarding the filing of this
motion and we were unable to narrow or resolve the issues set forth in this motion.

Ellen Rappaport Tanowitz


## CERTIFICATE OF SERVICE

I, Ellen Rappaport Tanowitz, hereby certify that on this 7th day of March, 2005, I served a
copy of the foregoing pleading upon all counsel of record and all pro se parties via first class mail
postage pre-paid.

Ellen Rappaport Tanowitz