UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11824 PBS |

## NOTICE OF WITHDRAWAL

Please note my withdrawal as counsel of record in this action. Susan Morrison of Fitzhugh, Parker & Alvaro, LLP is filing with my withdrawal a Notice of Appearance.

FOR THE PLAINTIFF,

_____
Ellen Rappaport Tanowitz
BBO # 630710
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110
tel: 617-695-2330