UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 10 P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.<br>Plaintiff,<br>v.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11824 PBS |

## NOTICE OF APPEARANCE

Please note my appearance as counsel of record in this action.

FOR THE PLAINTIFF,

_____
Susan M. Morrison
BBO #553095
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110
tel: 617-695-2330

CERTIFICATE OF SERVICE

I, Susan M. Morrison, hereby state that I served, via first class mail, postage pre-paid copies of the foregoing pleadings on all counsel of record on March 8, 2005.

_____
Susan M. Morrison