UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>UNITED STATES LIABILITY )<br>INSURANCE CO., INC., AS )<br>INSURER OF ADMINASERVICE, )<br>INC. )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>ADVANTIUS, INC., NEAL )<br>BERGSTROM, ROBERT )<br>STEVENS, CHARLES CAMBRA, )<br>III, JONATHAN K. DRIGGS, AND )<br>WORKFORCE SOLUTIONS, INC., )<br>  )<br>   Defendants. )<br>_____ ) | CIVIL ACTION NO. 04-11824 PBS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Order regarding disclosure of corporate affiliations and ownership, I, the undersigned counsel of record for Plaintiff, United States Liability Insurance Company, as Insurer of Adminaservice, Inc. ("USLI"), certify, to the best of my knowledge and belief, the following information:

USLI is a corporation duly organized under the laws of the Commonwealth of Pennsylvania with a principal place of business at 190 South Warner Road, Wayne, PA. There are no publicly held companies that own 10% or more of USLI's stock. USLI is not a publicly traded company. USLI is a wholly owned subsidiary of Berkshire Hathaway.

These representations are made in order that judges of this court may determine the need for recusal.

                                      FOR THE PLAINTIFF,

                                      /s/ Susan M. Morrison
                                      Susan M. Morrison
                                      BBO #553095
                                      Fitzhugh, Parker & Alvaro, LLP
                                      155 Federal Street
                                      Boston, MA 02110
                                      tel: 617-695-2330

Dated: April 22, 2005

Case 1:04-cv-11824-PBS   Document 31   Filed 04/22/2005   Page 2 of 2