# UNITED STATES DISTRICT COURT

District of

United States Liability
Insurance Co., Inc.

V.

Advantius, Inc. et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-11824 PBS

TO: (Name and address of Defendant)

Advantius, Inc.
C/O Utah Division of Corporations
160 E. 300 St.
Salt Lake City, UT 84111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan M. Morrison
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR - 6 2005

CLERK

DATE

(By) DEPUTY CLERK



| Russell Skousen | Jon M. Huntsman, Jr. | Kathy Berg |
|---|---|---|
| *Executive Director* | *Governor* | *Director* |
| Department of Commerce | State of Utah | Division of Corporations |
| | | & Commercial Code |

# RETURN OF SERVICE

May 3, 2005

CASE NUMBER: 04 11824 PBS

The Utah Division of Corporations and Commercial Code hereby certifies that it received this SUMMONS AND COMPLAINT on APRIL 28, 2005 and that it mailed same on MAY 3, 2005, by certified mail to the defendant at the address below.

**DEFENDANT**/Address

ADVANTIUS, INC.
1111 BRICKYARD RD # 109
SALT LAKE CITY UT 84106



Heber Wells Bldg., 160 East 300 South, Box 146705, Salt Lake City, UT 84114-6705 • telephone (801) 530-4849• Utah toll free (877) 526-3994
• facsimile (801) 530-6438 • ww.commerce.utah.gov