UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co.,
    Plaintiff,

V.

                                      CIVIL ACTION: 04-11824-PBS

Robert Stevens,
    Defendant.

## JUDGMENT

SARIS, U.S.D.J.                                                                   May 24, 2005

     Pursuant to this Court's allowance on May 24, 2005, of Plaintiff's Motion for Judgment by Default against Robert Stevens, it is ORDERED and ADJUDGED that judgment by default is hereby entered in favor of the Plaintiff United States Liability Insurance Co., Inc. against Defendant Robert Stevens.

                                                              By the Court,

                                                            /s/ Robert C. Alba
                                                           Deputy Clerk