UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co.,
    Plaintiff,

V.

                                            CIVIL ACTION: 04-11824-PBS

Neal Bergstrom,
    Defendant.

## JUDGMENT

SARIS, U.S.D.J.                                                  May 24, 2005

    Pursuant to this Court's allowance on May 24, 2005, of Plaintiff's Motion for Judgment by Default against Neal Bergstrom, it is ORDERED and ADJUDGED that judgment by default is hereby entered in favor of the Plaintiff United States Liability Insurance Co., Inc. against Defendant Neal Bergstrom.

                                                          By the Court,

                                                          /s/ Robert C. Alba
                                                         Deputy Clerk