UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC. | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-11824 PBS |
| v. | ) ) | |
| ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR JUDGMENT BY DEFAULT AGAINST
<u>ADVANTIUS, INC.</u>**

Comes now, the plaintiff, United States Liability Insurance Co., Inc., as insurer of AdminaService, Inc. and hereby prays that this Court enter default against the defendant Advantius, Inc. pursuant to Fed.R.Civ.P. 55 (a) and 55(b)(1) for failure to plead or otherwise defend as required by Rules 12 and 14.

In support of this motion, the plaintiff states the following:

1.  Advantius, Inc. was served individually on April 28, 2005 and its answer or response to the complaint was to be filed May 18, 2005.  Advantius, Inc. has not filed an answer or other responsive pleading to date.

WHEREFORE, United States Liability Insurance Co., Inc., as insurer of AdminaService, Inc. respectfully requests that the Court enter an order granting judgment by default against

Advantius, Inc. plus interest, attorneys' fees, and costs, and any other relief this Court deems just and appropriate.

                              Respectfully Submitted,

                              **UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.,**
                              By its attorneys,

                              /s/ Susan M. Morrison
                              Susan M. Morrison
                              BBO #553095
                              Fitzhugh, Parker & Alvaro, LLP
                              155 Federal Street
                              Boston, MA 02110
                              tel: 617-695-2330

Dated: May 31, 2005