UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co.,
    Plaintiff,

V.

CIVIL ACTION: 04-11824-PBS

Advantius, Inc.,
    Defendant.

## JUDGMENT

SARIS, U.S.D.J.                                                          June 16, 2005

    Pursuant to this Court's allowance on June 16, 2005, of Plaintiff's Motion for Judgment by Default against Advantius, Inc., it is ORDERED and ADJUDGED that judgment by default is hereby entered in favor of the Plaintiff United States Liability Insurance, Co. against Defendant Advantius, Inc.

By the Court,

  /s/ Robert C. Alba
Deputy Clerk