UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC., <br><br> Defendants. | CIVIL ACTION NO. 04-11824 PBS |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO WORKFORCE SOLUTIONS, INC. ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), United States Liability Insurance Co., Inc. as Insurer of Adminaservice, Inc. and Workforce Solutions, Inc. (collectively "the parties") hereby stipulate that all claims which were brought by the parties against each other be dismissed with prejudice, with each party to bear their own costs and attorney's fees, with all rights of appeal and notice waived.

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC. <br> By its attorney, | WORKFORCE SOLUTIONS, INC. <br><br><br><br> By its attorneys, |
| /s/ Amy Cashore Mariani <br> Amy Cashore Mariani, Esq. <br> BBO No.: 630160 <br> FITZHUGH, PARKER & ALVARO LLP <br> 155 Federal Street, Suite 1700 <br> Boston, MA 02110 | /s/ P. Andy Henderson, Jr. <br> Edward V. Colbert, III (BBO # 566187) <br> P. Andy Henderson, Jr. (BBO # 655891) <br> LOONEY & GROSSMAN LLP <br> 101 Arch Street <br> Boston, MA 02110-1112 |

(617) 951-2800

- and -

Erik A. Olson
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
(801) 415-3000