UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHAN K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11824 PBS |

**AFFIDAVIT OF CHRIS HEMSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ASSESSMENT OF DAMAGES AGAINST NEAL BERGSTROM, ROBERT STEVENS AND ADVANTIUS, INC.**

I, Chris Hemsley hereby state and depose the following under oath:

1. I am Chris Hemsley and I am a claims representative and employee of United States Liability Insurance Co., Inc. ("USLI"). I make these statements based on my own personal knowledge or upon a review of the books and records of USLI.

2. I was the claims representative assigned to handle the claim made by Sapers and Wallack Insurance Co., Inc. against AdminaService, Inc. At all relevant times, AdminaService was an insured of USLI.

3. Sapers and Wallack commenced an arbitration proceeding against AdminaService in September 2004.

4. USLI hired the law firm of Fitzhugh, Parker & Alvaro, LLP to defend AdminaService. That claim was settled in or about March 2004. USLI paid $749,343.25 in settlement of the claim. USLI also paid Fitzhugh, Parker & Alvaro, LLP $37,044.29 in legal fees in defense of the arbitration.

5. USLI commenced this suit against the defendants in August 2004 to recover the funds it paid out in settlement of the arbitration.

6. As far as I am aware, Robert Stevens is not on active military duty and has not been declared incompetent, and is not an infant.

7. As far as I am aware, Neal Bergstrom is not on active military duty and has not been declared incompetent, and is not an infant.

SWORN AND SUBSCRIBED TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16 DAY OF March 2006.

*Chris Hemsley*
Chris Hemsley, as Claims Representative for
United States Liability Insurance Co.

*patricia a carnevale*

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Patricia A. Carnevale, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires Mar. 7, 2009
Member, Pennsylvania Association of Notaries