UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States Liabilty Ins. Co., Inc.<br>    Plaintiff, | CIVIL ACTION<br>NO.   04-11824-PBS |
|  v. | |
| Advantius, Inc., et al<br>    Defendants. | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                          April 13, 2006

  TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Assessment of Damages (Doc. #42) on **May 15, 2006**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                              By the Court,


                              _/s/ Robert C. Alba_
                              Deputy Clerk


Copies to:  All Counsel