UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Ins. Co..
        Plaintiff(s),                  CIVIL ACTION
                                        NO.  04-11824-PBS
    v.

Advantius, Inc., et al
        Defendant(s).

### NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                May 9, 2006

      The Motion Hearing previously scheduled for May 15, 2006, at 3:00 p.m. has been **rescheduled** to **May 15, 2006, at 11:00 a.m.**

**NOTE: Change is to time only.**

                                              By the Court,

                                              /s/ Robert C. Alba
                                              Deputy Clerk

Copies to:  All Counsel

resched.ntc