UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY ) <br> INSURANCE CO., INC., AS ) <br> INSURER OF ADMINASERVICE, ) <br> INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVANTIUS, INC., NEAL ) <br> BERGSTROM, ROBERT ) <br> STEVENS, CHARLES CAMBRA, ) <br> III, JONATHAN K. DRIGGS, AND ) <br> WORKFORCE SOLUTIONS, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 04-11824 PBS |

**CERTIFICATE OF SERVICE OF PAST PLEADINGS**

I, Amy Cashore Mariani, certify that I am counsel for the Plaintiff, United States Liability Insurance Co., Inc. as Insurer of Adminaservice Inc. (hereinafter "Plaintiff") in the above-referenced case, and that the following pleadings, filed by the plaintiff, were served upon the defendants, Advantius, Inc., Neal Bergstrom, and Robert Stevens, in accordance with the Court's CM/ECF procedures: Motion for Judgment by Default Against Robert Stevens and Neal Bergstrom, Motion for Judgment by Default Against Advantius, Inc., Motion to Reopen Matter for the Purpose of Assessing Damages Against Defaulted Defendants, and Motion for Assessment of Damages Against Neal Bergstrom, Robert Stevens, and Advantius, Inc.

In serving the above-mentioned pleadings, the plaintiff relied upon the information on the Court's online Civil Docket and information contained in the respective Notices of Electronic Filing. Paper copies of the above documents were served via regular mail to Erik Olson, Esquire as attorney for Robert Stevens, Neal Bergstrom, and Advantius, Inc., in accordance with

CM/ECF procedure. Defendants Stevens, Bergstrom, and Advantius, Inc., were not individually served with the above documents because the Plaintiff believed said parties were represented by Attorney Olson in the instant action.

**UNITED STATES LIABILITY INSURANCE COMPANY**, as insurer of **ADMINASERVICE, INC.**,

By Its Attorney,

 /s/ Amy Cashore Mariani
Amy Cashore Mariani, Esq.
BBO# 630160
**FITZHUGH, PARKER & ALVARO, LLP**
155 Federal Street, Suite 1700
Boston, MA  02110
(617) 695-2330

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 17, 2006.

  /s/ Amy Cashore Mariani
Amy Cashore Mariani