# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-11824-PBS

United States Liability Insurance Company
Plaintiff

v.

Neal Bergstrom
Defendant

## ORDER VACATING JUDGMENT

SARIS, U.S.D.J.

The Judgment issued on May 24, 2005, against Defendant, Neal Bergstrom in the above-entitled case is hereby VACATED. Plaintiff is directed to re-file and serve it's Motion for Judgment by Default.

Patti B. Saris
United States District Judge

May 18, 2006

To: All Counsel