UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-11824-PBS

United States Liability Insurance Company
Plaintiff

v.

Advantius, Inc.
Defendant

## ORDER VACATING JUDGMENT

SARIS, U.S.D.J.

The Judgment issued on June 16, 2005, against Defendant, Advantius, Inc. in the above-entitled case is hereby VACATED. Plaintiff is directed to re-file and serve it's Motion for Judgment by Default.

_____
Patti B. Saris
United States District Judge

May 18, 2006

To: All Counsel