UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co. Inc.,
    Plaintiff,

V.

CIVIL ACTION: 04-11824-PBS

Advantius, Inc.,
    Defendant.

## JUDGMENT

SARIS, U.S.D.J.                                                                       June 12, 2006

      Pursuant to this Court's allowance on June 9, 2006, of Plaintiff's Motion for Judgment by Default against Advantius, Inc. it is ORDERED and ADJUDGED that judgment by default is hereby entered in favor of the Plaintiff United States Liability Insurance Co., Inc. against Defendant Advantius, Inc..

                                                                         By the Court,

                                                                         /s/ Robert C. Alba
                                                                         Deputy Clerk