UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co. Inc.,
    Plaintiff,

V.

                        CIVIL ACTION: 04-11824-PBS

Neal Bergstrom,
    Defendant.

**JUDGMENT**

SARIS, U.S.D.J.                                                          June 12, 2006

    Pursuant to this Court's allowance on June 9, 2006, of Plaintiff's Motion for Judgment by Default against Neal Bergstrom, it is ORDERED and ADJUDGED that judgment by default is hereby entered in favor of the Plaintiff United States Liability Insurance Co., Inc. against Defendant Neal Bergstrom.

                                                    By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk