UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co. Inc.,
    Plaintiff,

        V.                              CIVIL ACTION: 04-11824-PBS

Robert Stevens,
    Defendant.

## **JUDGMENT**

SARIS, U.S.D.J.                                                                                                 June 12, 2006

      Pursuant to this Court's allowance on June 9, 2006, of Plaintiff's Motion for Judgment by Default against Robert Stevens, it is ORDERED and ADJUDGED that judgment by default is hereby entered in favor of the Plaintiff United States Liability Insurance Co., Inc. against Defendant Robert Stevens

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk