UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co., Inc.
        Plaintiff,                             CIVIL ACTION
                                                      NO. 04-11824-PBS
    v.

Advantius, Inc., et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                  July 20, 2006

     TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion for Assessment of Damages against Neal Bergstrom, Robert Stevens and Advantius, Inc. on **September 11, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                         By the Court,

                                                                        _/s/ Robert C. Alba_
                                                                        Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Liability Insurance Co., Inc.
        Plaintiff,                         CIVIL ACTION
                                             NO.  04-11824-PBS
    v.

Advantius, Inc., et al
        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                           July 20, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion for Assessment of Damages against Neal Bergstrom, Robert Stevens and Advantius, Inc. on **September 11, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                            By the Court,

                                                                     _/s/ Robert C. Alba_
                                                                     Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States Liability Insurance Co., Inc.<br>  Plaintiff, | CIVIL ACTION<br>NO. 04-11824-PBS |
| v. | |
| Advantius, Inc., et al<br>  Defendants. | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                 July 20, 2006

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion for Assessment of Damages against Neal Bergstrom, Robert Stevens and Advantius, Inc. on **September 11, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                     By the Court,


                                     _/s/ Robert C. Alba_
                                     Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States Liability Insurance Co., Inc.<br>　　　　　　Plaintiff, | CIVIL ACTION<br>NO.  04-11824-PBS |
| 　　　v. | |
| Advantius, Inc., et al<br>　　　　　　Defendants. | |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.　　　　　　　　　　　　　　　　　　　　　　　　　　July 20, 2006

　　　TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion for Assessment of Damages against Neal Bergstrom, Robert Stevens and Advantius, Inc. on **September 11, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel