Robert Stevens (pro se)
3979 Dewcrest Circle
Salt Lake City, Utah 84124
Telephone: (801) 556-6787

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHON K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.<br><br>Defendants. | **MOTION TO REMOVE DEFAULT JUDGMENT**<br><br>Case No. 04 11824 PBS |

Robert Stevens, acting pro se, respectfully moves this Court for an order remove the default judgment against him in the above-referenced matter. The grounds for this Motion are as follows:

As a result of a Chapter 7 bankruptcy filing in July 2004, Robert Stevens was granted a discharge under Chapter 7, Section 727, Title 11 of the United Stated Code on October 19, 2004 (Case number 04-31384). Any further attempts to collect any judgments against Mr. Stevens would be in violation of the U.S. Bankruptcy Code and could result in sanctions against the plaintiff.

DATED this 8th day of September, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Robert Stevens

## CERTIFICATE OF SERVICE

I hereby certify that on this /8th day of September, 2006, a true and correct copy of the foregoing was sent via electronic facsimile to 617-748-4582 and mailed via overnight carrier, to the following:

    The Honorable Judge Patti B. Saris
    Moakley Courthouse
    1 Courthouse Way
    Suite 2300
    Boston, MA 02210

I hereby certify that on this /8th day of September, 2006, a true and correct copy of the foregoing was mailed first class mail, postage prepaid, to the following:

    Fitzhugh, Parker & Alvaro, LLP
    155 Federal Street
    Boston, MA 02110

_/s/ [signature]_