Neal Bergstrom (pro se)
227 E. 7845 S.
Sandy, Utah 84070
Telephone: (801) 471-4538

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE CO., INC., AS INSURER OF ADMINASERVICE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ADVANTIUS, INC., NEAL BERGSTROM, ROBERT STEVENS, CHARLES CAMBRA, III, JONATHON K. DRIGGS, AND WORKFORCE SOLUTIONS, INC.<br><br>Defendants. | **MOTION TO DISMISS DEFAULT JUDGMENT**<br><br>Case No. 04 11824 PBS |

Neal Bergstrom, acting pro se, respectfully moves this Court for an order dismissing the default judgment enter against him in the above-referenced matter. The grounds for this Motion are as follows:

Based on the hearing held September 11, 2006 which I attended telephonically, and on instruction from Judge Saris, I move that the default judgment entered against Neal Bergstrom be dismissed. I am currently under indictment by the US Attorney and the results of that proceeding are pending.