UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                              Civil Action
                                                                                             No: 04-11824-PBS

US Liability Insurance Company, Inc.,
Plaintiff,

v.

Neal Bergstrom and
Robert Bergstrom,
Defendants

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

                                                                                                 By the Court,

                                                                           /s/ Robert C. Alba
                                                                           Deputy Clerk

September 5, 2007